UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BUTLER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KKW LOGISTICS, INC., et al.,<br><br>        Defendants. | Case No. 14-cv-05007-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 30 |

The parties, by their counsel, have advised the court that they have agreed to a settlement of this matter. **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. If any party certifies to this court, within ninety (90) days, with proof of service thereof, that settlement has not in fact occurred, this order shall be vacated and this case restored to the active calendar.

If no certification is filed, after passage of ninety (90) days, the dismissal shall be **with** prejudice.

All hearings and other deadlines in this case are VACATED.

Dated: August 19, 2015

_____
WILLIAM H. ORRICK
United States District Judge