R. MICHAEL FLYNN (SBN 258732)
FLYNN LAW OFFICE
1736 Franklin Street, Suite 400
Oakland, CA 94612
Telephone:  510-893-3226
Facsimile: 866-728-7879
E-Mail: michael@flo-law.com

RORY QUINTANA (SBN 258747)
QUINTANA HANAFI PUNGPRAKEARTI, LLP
201 Spear Street, Suite 1100
San Francisco, CA 94104
Telephone: 415-504-3121
Facsimile:  415-233-8770
E-Mail: rory@qhplaw.com

Attorneys for Plaintiffs CARL CUTLER, ADRIAN CASTELLON
and ANTHONY JONES

BRIAN P. MASCHLER  (SBN:  111824)
MICHAEL KUBICKI (SBN: 241330)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054
bmaschler@gordonrees.com
mkubicki@gordonrees.com

Attorneys for Defendants
KKW LOGISTICS, INC. and FURNITURE TRANSPORTATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL BUTLER, an individual; ADRIAN CASTELLON, an individual; ANTHONY JONES, an individual;<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>KKW LOGISTICS, INC., a California corporation; FURNITURE TRANSPORTATION SYSTEMS, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.  3:14-cv-05007-WHO<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action filed 14 Oct. 2014<br><br>Removed to Federal Court 13 Nov. 2014<br><br>[Assigned to the Hon. William H. Orrick] |

-1-
ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE
U.S. Dist. Court, Northern Dist. Of Calif. Case No.  3:14-cv-05007-JSC

1. Based on the parties' stipulation, and good cause appearing, it is hereby ORDERED that:
2. This action is dismissed with prejudice.
3. **IT IS SO ORDERED**

DATED: August 31, 2015

HON. WILLIAM H. ORICK
UNITED STATES DISTRICT COURT JUDGE